**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| TEXAS SALVAGE SALES, INC. D/B/A | § | |
| MERCHANDISE RECYCLERS | § | |
| LIQUIDATORS | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:15-cv-00169-J |
| | § | |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY | § | |
|     Defendants. | § | |

**AMENDED JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE:

**NOW INTO COURT,** through the undersigned counsel, come The Travelers Lloyds Insurance Company ("Travelers") and Texas Salvage Sales, Inc. d/b/a Merchandise Recyclers Liquidators ("Merchandise Recyclers") and file this Amended Joint Notice of Settlement.

1.    Travelers and Merchandise Recyclers have reached a settlement of all claims and controversies in this case.

2.    Travelers and Merchandise Recyclers are finalizing the settlement documents, and anticipate that an Agreed Order of Dismissal will be filed within twenty days of this Notice, by October 29, 2015.

*(signatures on following page)*

Respectfully submitted,

| | |
|---|---|
| */s/ Martin R. Sadler*_____<br>Martin R. Sadler, Attorney-in-Charge<br>Texas Bar No.: 00788842<br>msadler@lawla.com<br>LUGENBUHL, WHEATON, PECK, RANKIN &<br>HUBBARD, A LAW CORPORATION<br>      815 Walker Street, Suite 1447<br>Houston, Texas 77002<br>Telephone:  (713) 222-1990<br>Facsimile:  (713) 222-1996<br><br><br>ATTORNEY-IN-CHARGE FOR<br>DEFENDANT THE TRAVELERS<br>LLOYDS INSURANCE COMPANY<br>  | */s/ J. Daren Brown*_____<br>J. Daren Brown, Attorney-in-Charge<br>Texas Bar No.: 24036272<br>dbrown@sjblawfirm.com<br>STOCKARD, JOHNSTON & BROWN, PC<br>1800 S. Washington, Suite 115<br>Amarillo, Texas 79102<br><br>Telephone:  (806) 372-2202<br>Facsimile:  (806) 379-7799<br><br><br>ATTORNEY-IN-CHARGE FOR<br>PLAINTIFF TEXAS SALVAGE SALES,<br>INC. D/B/A MERCHANDISE<br>RECYCLERS LIQUIDATORS |

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above pleading has been forwarded by Electronic service or certified mail on this the 9th day of October, 2015 to:

    J. Daren Brown
    STOCKARD, JOHNSTON & BROWN, PC
    1800 S. Washington, Suite 115
    Amarillo, Texas 79102

                                    */s/ Martin Sadler*_____
                                      Martin R. Sadler