# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| TEXAS SALVAGE SALES, INC., d/b/a MERCHANDISE RECYCLERS LIQUIDATORS, | § § § § | |
| Plaintiff, | § § | NO. 2:15-CV-00169-J |
| v. | § § | |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' *Agreed Motion to Dismiss with Prejudice*. Accordingly, all claims in the above-captioned case are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

It is SO ORDERED.

Signed this the  16th  day of October, 2015.

S/ Mary Lou Robinson
**MARY LOU ROBINSON**
**UNITED STATES DISTRICT JUDGE**